UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. **23-1075** & **23-1076**

In re: Start Man Furniture, LLC
(D. Del. Nos. 1-22-cv-00450 & 1-22-cv-00489)

**ORDER**

The appellant seeks review of the District Court's order entered December 13, 2022. The order appealed may not be final within the meaning of 28 U.S.C. § 158(d) or otherwise appealable at this time. All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

In the event a briefing and scheduling order issues, the appeals at Nos. 23-1075 and 23-1076 are hereby consolidated for all purposes.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 18, 2023
Sb/cc:   All Counsel of Record